**93–2199.** Robinson v. Gerber. *Cuyahoga County*, No. 64027. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record and as a claimed appeal as of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte*.

**93–2200.** Cleveland v. Robinson. *Cuyahoga County*, No. 63637. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record and as a claimed appeal as of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte*.

**93–2214.** State v. Miller. *Hamilton County*, No. C–930611. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Hamilton County and as a claimed appeal as of right from said court. Appellant's motion for delayed appeal was granted by this court on December 15, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte*.

**93–2223.** State v. Vasquez. *Mahoning County*, Nos. 93 C.A. 41 and 93 C.A. 112. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Mahoning County and as a claimed appeal as of right from said court. Appellant's request for extension of time to file memorandum in support of jurisdiction was denied by this court on November 5, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte*.

**93–2245.** State v. Abercrombie. *Cuyahoga County*, No. 63689. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Cuyahoga County and as a claimed appeal as of right from said court. Appellant's request for extension of time to file memorandum in support of jurisdiction was denied by this court on November 10, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte*.

**93–2270.** Mastroberti v. Estate of Buchta. *Cuyahoga County*, No. 63312. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Appellants' request for extension of time to file a memorandum in support of jurisdiction was denied by this court on November 15, 1993. It appears from the records of this court that appellants have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte*.